UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| STEVEN GUENTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| FORT WAYNE DOUGH CO., LLC, | ) |
| FORT WAYNE DOUGH CO. SOUTH, LLC, | ) |
| and MISHAWAKA COOKIES, LLC, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Steven Guenther, for his Complaint against Defendants, Fort Wayne Dough Co., LLC, Fort Wayne Dough Co. South, LLC and Mishawaka Cookies, LLC, states as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Steven Guenther ("Plaintiff") is an individual residing in Fort Wayne, Allen County, Indiana.

2. Defendant Fort Wayne Dough Co., LLC is an entity that has its principal place of business in Fort Wayne, Allen County, Indiana.

3. Defendant Fort Wayne Dough Co. South, LLC is an entity that has its principal place of business in Fort Wayne, Allen County, Indiana.

4. Defendant Mishawaka Cookies, LLC is an entity that has its principal place of business in Mishawaka, St. Joseph County, Indiana.

5. Because the Plaintiff alleges claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 203, the Court has subject matter jurisdiction over this case under 28 U.S.C. § 1331.

6. Because all the relevant events occurred in the Northern District of Indiana, this case is brought in the proper venue.

## FACTUAL BACKGROUND AND CLAIMS

7. Defendants are franchisees of Crumbl Cookies, a retail bakery chain.

8. Plaintiff worked for each of the Defendants in 2022 and 2023.

9. While working for the Defendants, Plaintiff routinely worked more than 40 hours a week.

10. During the weeks that Plaintiff worked more than 40 hours, he was entitled to be paid one-and-one-half times his regular rate of pay under the FLSA and also under Indiana's overtime statute.

11. Except for one week near the start of Plaintiff's employment, Defendants not only failed to pay Plaintiff an overtime premium, they failed to pay Plaintiff for any hours that he worked above 40 hours per week.

12. Defendants' stated basis for not paying Plaintiff more than 40 hours per week was that he should volunteer his time.

13. Defendants' failure to pay Plaintiff overtime violated the Fair Labor Standards Act ("FLSA"), as well as Indiana law.

14. As a result of Defendants' actions, Plaintiff has been damaged.

15. As a result of Defendants' actions, Plaintiff is entitled to recover actual damages, liquidated damages, attorney's fees, and all other just and proper relief.

WHEREFORE, Plaintiff, Steven Guenther, by counsel, respectfully requests that this Court enter judgment against Defendants, Fort Wayne Dough Co., LLC, Fort Wayne Dough Co.

South, LLC and Mishawaka Cookies, LLC, for compensatory and liquidated damages, attorney's fees, and all other just and proper relief.

## JURY DEMAND

Steven Guenther hereby demands a jury trial on all issues so triable.

Respectfully submitted,

**BECKMAN LAWSON, LLP**

By: */s/ Matthew J. Elliott*
Matthew J. Elliott, #21242-02
Megan M. Torres, #31540-02
201 W. Wayne Street
Fort Wayne, IN  46802
Telephone:  (260) 422-0800
Attorneys for Plaintiff